UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ANDRES FERNANDEZ, et al.

                          Plaintiffs,

v.                                                    <u>ORDER</u>

CLASSIC AUTO DETAILING INC., et al.,         No. 21-CV-06068 (PMH)

                        Defendants.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       On October 7, 2021, Clerk's Certificates of Default were issued as to defendants Classic Auto Detailing Inc. (Doc. 16), and Angel Velasquez (Doc. 13). As there has been no substantive activity on this docket since the issuance of the Clerk's Certificates of Default, Plaintiffs are directed to submit a letter to the Court via ECF concerning the status of this action by February 21, 2022.

SO-ORDERED:

Dated: White Plains, New York
          February 8, 2022

                                                            _____
                                                             Philip M. Halpern
                                                             United States District Judge