

50 MAIN STREET
WHITE PLAINS, NY

TEL: (914)
FAX: (845)

June 28, 2022

> Application granted. The conference previously scheduled for June 29, 2022 is adjourned *sine die*.
>
> Pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the parties shall prepare a joint statement explaining the basis for the proposed settlement, including any provision for attorney fees, and why it should be approved as fair and reasonable. The settlement agreement and joint statement shall be filed via ECF by July 20, 2022.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         June 29, 2022

**BY ECF**

Honorable Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:  *Fernandez et al. v. Classic Auto Detailing et al.*
     Case No.: 7-21-cv-06068-PMH

Dear Judge Halpern:

The parties are pleased to inform the Court that they have reached an agreement in principle to settle the claims of plaintiff Ramon Antonio Gonzalez in the above referenced action. The parties are currently memorializing their agreement, after which they will submit it to the Court along with a joint motion for approval.

As the Court may recall, a stipulation of voluntary dismissal without prejudice was filed this morning with regard to plaintiff Andres Fernandez.

In light of the foregoing, the parties jointly request an adjournment of the conference currently scheduled to be held on June 29, 2022 at 2:30 pm. No previous applications have been made to adjourn this conference.

1

We thank the Court for its attention to this matter. Please do not hesitate to contact us should the Court require anything further.

Very truly yours,

*/s/ Patrick J. Welch*

Patrick J. Welch, Esq.

PW/

cc: All Counsel of Record (*via* EFC only)