

50 MAIN STREET, SUITE 1000
WHITE PLAINS, NEW YORK 10606

TEL: (914) 682-2005
FAX: (845) 850-1112

July 29, 2022

**BY ECF**
Honorable Philip M. Halpern
United States District Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

      Re:  *Fernandez et al. v. Classic Auto Detailing et al.*
         Case No.: 7-21-cv-06068-PMH

Dear Judge Halpern:

  We are counsel to Defendants in the above-captioned matter. In response to the Court's Order, dated July 22, 2022, attached as **Exhibit A** please find a revised settlement agreement, curing the deficiencies set forth by the Court. For the Court's convenience, attached as **Exhibit B** please find a copy of the revised settlement agreement in blackline, to show changes.

  In view of the foregoing, the parties respectfully request the Court grant *Cheeks* fairness approval to the revised proposed settlement agreement.

  We thank the Court for its kind consideration.

             Very truly yours,

             */s/ Patrick J. Welch*

             Patrick J. Welch, Esq.

PW/

cc: All Counsel of Record (*via* EFC only)