UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAMON ANTONIO GONZALEZ, individually, and on behalf of all others similarly situated,

    Plaintiff,

-against-

CLASSIC AUTO DETAILING, Inc., et al.,

    Defendants.

**ORDER**

21-CV-06068 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

**WHEREAS**, Plaintiff filed a Complaint on July 15, 2021, alleging that Defendants violated, *inter alia*, the Fair Labor Standards Act ("FLSA") by failing to pay Plaintiff overtime compensation (Doc. 1);

**WHEREAS**, the parties filed on June 28, 2022, a letter seeking to adjourn a June 29, 2022 conference *sine die* because the parties had reached a settlement in principal (Doc. 42);

**WHEREAS**, the parties filed on July 20, 2022, a joint request for the Court to approve a settlement governing Plaintiff's FLSA claims (Doc. 45);

**WHEREAS**, the proposed settlement agreement filed on July 20, 2022 at Doc. 45-3 contained a confidentiality clause that improperly restricted Plaintiff from discussing this litigation, and the Court denied the parties' request without prejudice to renew (Doc. 46);

**WHEREAS**, the parties filed a renewed request for the Court to approve their settlement and submitted a revised proposed settlement agreement on July 29, 2022, removing the problematic confidentiality clause (Doc. 47; Doc. 47-1, "Proposed FLSA Settlement Agreement");

**WHEREAS**, having reviewed the Proposed FLSA Settlement Agreement as corrected and the parties' related submissions, the Court finds, pursuant to *Cheeks v. Freeport Pancake House,*

*Inc.*, 796 F.3d 199 (2d Cir. 2015), that the Proposed FLSA Settlement Agreement is fair and reasonable and that the attorneys' fees are reasonable as well, *see Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-37 (S.D.N.Y. 2012).

**IT IS ORDERED** that the request to approve the Proposed FLSA Settlement Agreement is GRANTED; and

**IT IS FURTHER ORDERED** that the Clerk of the Court close this case.

**SO ORDERED:**

Dated: White Plains, New York
August 2, 2022

_____
PHILIP M. HALPERN
United States District Judge